958 F.2d 364
 People Express Pilot Merger Committee
v.
Texas Air Corp., Continental Airlines, Inc., People Express,
Inc., People Express Airlines, Inc., Shanley (Frank), Ross
(David), Maroney (H.F.), Sinibaldi (A.G.), Armentrout
(Gary), Autrey (Bill), Cashetta (Andy), Cooper (H.A.),
Challgren (Stan), Craven (Brian), Gaylord (John), Gentry
(Don), Giacchi (John), Heeken (David), Higdon (Charlie),
Huff (Charlie), Johnston (Darrell), King (Alan), Miller
(Neil), Northington
 NO. 91-5975
 United States Court of Appeals,
Third Circuit.
 Feb 13, 1992
 
 Appeal From: D.N.J.,
 Politan, J.
 
 
 1
 AFFIRMED.